UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY L. HARRIS, | ) | |
| Plaintiff(s), | ) | No. C 05-1286 BZ |
| v. | ) | **ORDER SCHEDULING EVIDENTIARY HEARING** |
| JOHN E. POTTER, U.S. Postmaster General, | ) | |
| Defendant(s). | ) | |

By Order dated May 11, 2006, I denied defendant's motion for summary judgment, vacated the parties' trial date, and noticed particular issues to be resolved by way of a June 12, 2006 evidentiary hearing. The hearing was subsequently continued and, following plaintiff's untimely death, was never rescheduled.

Following a status conference on January 22, 2007 at which all parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. An evidentiary hearing shall be held on **Monday, March 26, 2007**, **at 8:30 a.m.** in Courtroom G, 15th

1

1 | Floor, Federal Building, 450 Golden Gate Avenue, San
2 | Francisco, California 94102.  The hearing shall be
3 | limited to the resolution of those issues discussed
4 | in my May 11, 2006 Order and shall run on
5 | consecutive days until completed.
6 |    2. A pre-hearing conference shall be held on **Monday,**
7 | **March 19, 2007 at 3:00 p.m.** in Courtroom G, 15th
8 | Floor, Federal Building, 450 Golden Gate Avenue, San
9 | Francisco, California 94102.

Dated: January 24, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HARRIS\SCH.ORDER.EVID.HEAR.wpd