UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY L. HARRIS, | ) | |
| Plaintiff(s), | ) | No. C 05-1286 BZ |
| v. | ) | **ORDER RE: PRE-EVIDENTIARY HEARING MOTIONS** |
| JOHN E. POTTER, U.S. Postmaster General, | ) | |
| Defendant(s). | ) | |

By Order dated June 28, 2006, I vacated an evidentiary hearing in this matter. The evidentiary hearing is now set to be heard on March 26, 2007. At the time the initial hearing was vacated, however, defendant's motions in limine and plaintiff's request for relief from the joint pre-trial statement requirement were pending. See Civil Docket Nos. 99, 104. Defendant in addition filed an evidentiary hearing brief and various other pre-hearing papers. See Civil Docket Nos. 100-103, 105.

Because the initial hearing was vacated, and in light of the passage of time and the circumstances attending this case,

1

1  **IT IS HEREBY ORDERED** that the pending motions are taken off
2  calendar.  If either party wishes to re-notice any previously
3  filed motion or file new motions, it shall do so by March 2,
4  2007.  Any opposition shall be field by March 12, 2007.
5  Briefs do not have to be re-filed.  Any re-noticed or newly
6  filed motions shall be heard at the **March 19, 2007** pre-hearing
7  conference.
8  Dated: February 23, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HARRIS\Order.Pre.Hearing.Motions.wpd

2