UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY L. HARRIS,              )<br>                               )<br>        Plaintiff(s),          )<br>                               )<br>    v.                         )<br>                               )<br> JOHN E. POTTER, U.S.          )<br> Postmaster General,           )<br>                               )<br>        Defendant(s).          )<br>                               )<br>_____) | No. C 05-1286 BZ<br><br>**PRE-EVIDENTIARY HEARING ORDER** |

A pre-evidentiary hearing conference having been held on March 19, 2007, **IT IS HEREBY ORDERED** as follows:

1. Should plaintiff wish to call witnesses, she shall serve upon defendant and the Court a list of anticipated witnesses by **Thursday, 12:00 p.m., March 29, 2007**.

2. Should plaintiff wish to introduce any additional documents, she shall serve upon defendant and the Court copies of the documents by **Thursday, 12:00 p.m., March 29, 2007**.

For purposes of this order only, plaintiff shall serve her

1 | papers by faxing copies to defendant and to the Court, and
2 | thereafter mailing them to the Clerk of the Court for formal
3 | filing.
4 | Dated: March 19, 2007
5 | _____
6 | Bernard Zimmerman
United States Magistrate Judge
7 | G:\BZALL\-BZCASES\HARRIS\PREEVID.HEARING.ORD.wpd

2