| | |
|---|---|
| 1 | Victoria E. Monroe |
| 2 | 9822 Gavirate Way<br>Elk Grove, CA  95757-3035 |
| 3 | (916) 714-0850 (telephone)<br>(916) 714-5275 (fax) |
| 4 | Successor in Interest to |
| 5 | Henry L. Harris,<br>Plaintiff in Pro Se |

FILED
MAR 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 28 11:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

HENRY L. HARRIS,

    Plaintiff,

vs.

JOHN E. POTTER, U.S. Postmaster General,

    Defendant.

CASE NO.  C 05-01286 BZ

**NOTICE OF SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER**

PLEASE TAKE NOTICE that plaintiff, Victoria E. Monroe, Successor in Interest to Henry L. Harris, Plaintiff in Pro Se, substitutes Victoria E. Monroe, In Pro Se, 9822 Gavirate Way, Elk Grove, California, 95757-3035, telephone (916) 714-0850 as the plaintiff's attorney of record in this action in the place of Jane B. Moore, Law Offices of Jane B. Moore, 1563 Solano Ave., No. 204, Berkeley, California, 94707.

YOU ARE REQUESTED to serve all future pleadings, on Victoria E. Monroe, Plaintiff in Pro Se, 9822 Gavirate Way, Elk Grove, California, 95757-3035.

Respectfully Submitted:

*Victoria E. Monroe*            DATE: 2/27/07
SUBSTITUTING ATTORNEY (Plaintiff in Pro Se),
Victoria E. Monroe

## PROPOSED ORDER

IT IS HEREBY ORDERED THAT Victoria E. Monroe will be substituted as plaintiff in pro se as the successor in interest for the deceased plaintiff, Henry L. Harris.

DATE: 19 March 07          *Bernard Zimmerman*
                                              BERNARD ZIMMERMAN
                                              United States Magistrate Judge

# CERTIFICATE OF SERVICE

This is to certify that on February 27, 2007 a true copy of the Plaintiff's Substitution of Attorney and Proposed Order was mailed via FED-EX, next day service by the undersigned to the persons listed below:

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Ave.,
San Francisco, CA 94102

Original Plaintiff's attorney of record,
Jane B. Moore
Law Offices of Jane B. Moore
1563 Solano Avenue, No. 204
Berkeley, California, 94707

Defendant's Attorney,
United States Attorney
Jonathan U. Lee
450 Golden Gate Avenue, 10th floor
San Francisco, California 94102.

_Victoria E. Monroe_
Victoria Monroe, In Pro Se

Plaintiff In Pro Se and
Successor In Interest to
Deceased Plaintiff Henry L. Harris
9822 Gavirate Way
Elk Grove, CA 95757-3035
(916) 714-0850-telephone

- 2 -

PLAINTIFF'S NOTICE OF SUBSTITUTION
OF ATTORNEY AND PROPOSED ORDER

C 05-01286 BZ (JL)