1  SCOTT N. SCHOOLS
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
12 HENRY L. HARRIS,              )   No. C 05-1286 BZ
                                 )
13     Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                 )   **ORDER FOR WAIVER OF COSTS**
14     v.                        )   **AND WAIVER OF RIGHT TO FILE**
                                 )   **NOTICE OF APPEAL**
15 JOHN POTTER,                  )
                                 )
16     Defendant.                )
                                 )
17                               )
                                 )
18

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS: Defendant Potter waives his right to recover costs from plaintiff in exchange for plaintiff's agreement to waive the right to file a Notice of Appeal from the Judgment entered in favor of Defendant Potter and against plaintiff on May 9, 2007.

SO STIPULATED.

Dated: June __, 2007

*Victoria E. Monroe*

VICTORIA E. MONROE
Successor In Interest to Deceased
Plaintiff In Pro Se Henry L. Harris

SCOTT N. SCHOOLS
United States Attorney

Dated: ~~June~~ July 2, 2007

JONATHAN U. LEE
Assistant United States Attorney
Counsel for Defendant John E. Potter

## ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED. The Clerk of the Court is hereby notified that each side shall bear his or her costs. The Clerk is also hereby directed to close the file.

Dated: July 2, 2007

Hon. BERNARD ZIMMERMAN
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]

Stipulation and Proposed Order
C 05-1286 BZ                                    2